UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

United States of America,  )      Case No. CR  13-15 - mj - 70162 JCS
                           )
            *Plaintiff,*    )      STIPULATED ORDER EXCLUDING TIME
            v.             )      UNDER THE SPEEDY TRIAL ACT
                           )      **FILED**
Ahhkhoa Merick Dang        )
                           )      FEB 18 2015
            *Defendant.*    )
                           )      RICHARD W. WIEKING      *pursuant to Rule 5.1*
                                  CLERK U.S. DISTRICT COURT
                                  NORTHERN DISTRICT

For the reasons stated by the parties on the record on Feb 18, 2015 , 201~~5 this court excludes~~ time under the
Speedy Trial Act from Feb 18, 2015 , 2015 to March 20, 2015 , 2015 and finds that the ends of justice served
by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §
3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

____    Failure to grant a continuance would be likely to result in a miscarriage of justice.
        *See* 18 U.S.C. § 3161(h)(7)(B)(i).

____    The case is so unusual or so complex, due to *[check applicable reasons]* ____ the number of
        defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact
        or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
        itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

____    Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
        taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

____    Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
        counsel's other scheduled case commitments, taking into account the exercise of due diligence.
        *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

✓
____    Failure to grant a continuance would unreasonably deny the defendant the reasonable time
        necessary for effective preparation, taking into account the exercise of due diligence.
        *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: 2/18/15

                                         _____
                                         JOSEPH C. SPERO
                                         United States Chief Magistrate Judge

STIPULATED: _____          _____
            Attorney for Defendant       Assistant United States Attorney