1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  SHEILA A.G. ARMBRUST (CABN 265998)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6961
7       FAX: (415) 436-7027
        sheila.armbrust@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,         )  No. 3:15-mj-70162 JCS
14                                   )
          Plaintiff,                 )
15                                   )
          v.                         )  STIPULATED MOTION AND [PROPOSED]
16                                   )  ORDER CONTINUING PRELIMINARY
   ANHKHOA MERICK DANG,              )  HEARING DATE AND WAIVING TIME UNDER
17                                   )  THE SPEEDY TRIAL ACT TO APRIL 24, 2015,
          Defendant.                 )
18                                   )
   _____    )
19

20        With The agreement of the parties, and with the consent of Defendant, the Court enters this order

21 pursuant to Federal Rule of Criminal Procedure 5.1(d), continuing the preliminary hearing date for

22 Defendant Anhkhoa Merick Dang to April 24, 2015 at 9:30 a.m. before Magistrate Judge Elizabeth D.

23 Laporte, the Duty Magistrate Judge.  Counsel for the Defendant believes that postponing the preliminary

24 hearing is in his client's best interest and that it is not in his client's best interest to present an indictment

25 before the current March 20, 2015 preliminary hearing date.  The parties agree that, taking into account

26 the public interest in prompt disposition of criminal cases, good cause exists for this extension.

27 Accordingly, the parties seek to vacate the currently set preliminary hearing date of March 20, 2015.

28 STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY
   HEARING AND WAIVING TIME UNDER SPEEDY TRIAL ACT

   3:15-mj-70162 JCS

1  Defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161.  The parties agree and stipulate that defense counsel needs time to review discovery and that an exclusion of time under the Speedy Trial Act for effective preparation of counsel is warranted pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).  Undersigned defense counsel represents that he has spoken with his client, and that Defendant agrees to the continuance and to the time tolled and waived as requested.

IT IS SO STIPULATED

DATED: March 6, 2015                              Respectfully submitted,

                                                  MELINDA HAAG
                                                  United States Attorney

                                            By:   _____/s/_____
                                                  SHEILA A.G. ARMBRUST
                                                  Assistant United States Attorney

DATED: March 6, 2015                              Respectfully submitted,

                                                  _____/s/_____
                                                  JAI M. GOHEL
                                                  Counsel for Defendant

IT IS SO ORDERED.

DATED: March 6, 2015                              _____
                                                  HONORABLE MARIA-ELENA JAMES
                                                  United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY
HEARING AND WAIVING TIME UNDER SPEEDY TRIAL ACT

3:15-mj-70162 JCS                                 2